## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JAMES E. RICHARDS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CANYON COUNTY, a governmental entity and local political subdivision of the State of Idaho,<br><br>    Defendant. | Case No.: CV 12-00424-S-REB<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order (Dkt. 46) entered on March 26, 2014, JUDGMENT is hereby entered in favor of DEFENDANT.  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered and that this case be dismissed in its entirety, with prejudice.

DATED:  **April 14, 2014**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge